UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN J. POST,

      Plaintiff,

v.

                                  Case No.: 1:10-cv-271

COMMISSIONER OF
SOCIAL SECURITY,
                                  HONORABLE PAUL L. MALONEY

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 11). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the decision of the Commissioner is **AFFIRMED**.


Dated:  October 17, 2011                      /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge