UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN J. POST,

    Plaintiff,

v.

    Case No. 1:10-cv-271

    HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  October 17, 2011                      /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                                Chief United States District