UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN J. POST,

    Plaintiff,

                                        Case No. 1:10-cv-271

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

**JUDGMENT**

    Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date:  October 17, 2011                         /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District